**Order entered January 11, 2019**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-18-01063-CV

**DOUBLE DIAMOND-DELAWARE, INC., DOUBLE DIAMOND, INC., WHITE BLUFF CLUB CORP., UNITED EQUITABLE MORTGAGE CO., NATIONAL RESORT MANAGEMENT CO., R. MICHAEL WARD, AND FRED CURRAN, Appellants**

**V.**

**JEANETTE ALFONSO, EUGENIO CORPUS, FE HUEVOS, ELEZAR NUIZUE, EDITHA AND REYNALDO PEPITO, SIMONETTE AND JULITO PEPITO, CHERRY SOMOSOT, AND NELIA VICENTE, Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-16333**

### ORDER

Before the Court is the parties' January 9, 2019 joint motion to consolidate this appeal with appellate cause number 05-19-00018-CV, styled *White Bluff Property Owners Association, Inc. v. Jeanette Alfonso, Eugenio Corpus, Fe Huevos, Elezar Nuizue, Editha and Reynaldo Pepito, Simonette and Julito Pepito, Cherry Somosot, and Nelia Vicente*. Both appeals arise from the same underlying case and, as asserted in the motion, both concern the same legal and factual issues.

We note the reporter's record and a partial clerk's record have been filed in this appeal. No record has been filed in cause number 05-19-00018-CV, and the record there is not due until

February 19, 2019.  Accordingly, we **GRANT** the motion to the extent we **CONSOLIDATE** cause number 05-19-00018-CV into this appeal.  The parties, court reporter, and trial court clerk shall now use only cause number 05-18-01063-CV.  Any record requested by the parties in connection with cause number 05-19-00018-CV shall be filed no later than February 19, 2019.

We **DIRECT** the Clerk of the Court to send a copy of this order to Dallas County District Clerk Felicia Pitre; Melba Wright, Official Court Reporter of the 191st Judicial District Court; and, the parties.


/s/     KEN MOLBERG
           JUSTICE